798 A.2d 1264

## IN THE MATTER OF SCOTT D. FINCKENAUER, AN ATTORNEY AT LAW.

June 13, 2002.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 01–353, concluding that **SCOTT D. FINCKE-NAUER** of **FAIRVIEW,** who was admitted to the bar of this State in 1991, should be suspended from the practice of law for a period of three months for violating *RPC* 1.5(b) (failure to provide, in writing, the basis or rate of the fee for legal services), *RPC* 7.3(d) (compensating a person to recommend or secure the lawyer's employment by a client or as a reward for having made a recommendation resulting in the lawyer's employment by a client), and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **SCOTT D. FINCKENAUER** is suspended from the practice of law for a period of three months and until the further Order of the Court, effective July 9, 2002; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.